UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Complaint of PAUL HOGUE, as owner of a certain 1990 22' HBI motor vessel bearing Registration Number CF0432UE and Hull Identification Number FL5566JN, and her engines, tackle, appurtenances, etc.<br><br>                Plaintiff-in Limitation | Case No.: 21-CV-1312 JLS (KSC)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER (1) APPROVING STIPULATION FOR VALUE AND COSTS AND LETTER OF UNDERTAKING; (2) DIRECTING MONITION TO ISSUE AND RESTRAINING ALL SUITS; AND (3) DIRECTING EXECUTION OF MONITION AND PUBLICATION OF NOTICE**<br><br>(ECF No. 4) |

      Presently before the Court is Plaintiff-in-Limitation Paul Hogue's *Ex Parte* Application for (1) an order approving stipulation for value and costs and letter of undertaking, (2) an order directing monition to issue and restraining all suits, and (3) an order directing execution of monition and publication of notice ("Appl.," ECF No. 4). Plaintiff-in-Limitation, owner of a 1990 22' HBI motor vessel bearing Registration Number CF0432UE and Hull Identification Number FL5566JN, and her engines, tackle, appurtenances, etc. (the "Vessel") filed a Complaint on July 21, 2021 ("Compl." ECF No.

1).  Plaintiff-in-Limitation seeks exoneration from, or limitation of, liability under the Limitation of Liability Act, 46 U.S.C. §§ 30501 *et seq.* (the "Act"), for all claims arising out of, resulting from, or in any way connected with a vessel accident that occurred on or about March 26, 2021 (the "Incident") in the San Diego Bay in San Diego, California.  *See* Compl. ¶¶ 1, 10–14.

Plaintiff-in-Limitation states that his interest in the Vessel after the Incident is $15,000.00. *See id.* ¶ 16; *see also* ECF No. 4 at 3.  Plaintiff-in-Limitation has filed a Stipulation for Value and Costs and the Letter of Undertaking in the amount of $15,000.00 plus interest at the rate of 6% per annum on the sum and $500.00 for costs.  *See* ECF No. 4-2.  Additionally, Plaintiff-in-Limitation has offered a Letter of Undertaking from his insurer, Foremost Insurance Company, as surety, in which Foremost consents and agrees to provide security for the aforementioned sum, interest, and costs.  *Id.*  The Court finds that the Stipulation for Value and Costs and the Letter of Undertaking satisfy the requirements of Section 30511(b) of the Act, Supplemental Rule F(1), Local Civil Rule F.1, and established admiralty jurisprudence and practice.  Based on the foregoing, the Court **GRANTS** the ex parte application.

**IT IS HEREBY ORDERED** that Plaintiff-in-Limitation's Stipulation for Value and Costs and Letter of Undertaking are approved.

**IT IS FURTHER ORDERED** that pursuant to Supplemental Rules F(4) and F(5), that a monition issue out of and under the seal of this Court to all individuals and entities asserting any claim with respect to which the Complaint seeks exoneration from, or limitation of, liability, admonishing them to appear and answer the allegations of the Complaint, and to file their claims, with the Clerk of the Court at the United States Courthouse and to serve a copy thereof on the attorneys for Plaintiff-in-Limitation, Cox, Wootton, Lerner, Griffin & Hansen, LLP, 12011 San Vicente Blvd., Suite 600, Los Angeles, California 90049, on or before <u>forty-five (45) days</u> from the electronic docketing of this order, or be deemed in contumacy and default.

///

**IT IS FURTHER ORDERED**, pursuant to Section 30511(c) of the Act and Supplemental Rule F(3), that the commencement and further prosecution of any claims, actions, or proceedings against Plaintiff-in-Limitation Paul Hogue or his property related to the claims with respect to which the Complaint seeks exoneration from, or limitation of liability, are stayed and restrained until the hearing and final determination of this proceeding.

**IT IS FURTHER ORDERED** that Plaintiff-in-Limitation, pursuant to Supplemental Rules F(4) and F(5), notify and admonish all individuals and entities asserting claims with respect to which the Complaint seeks exoneration from, or limitation of, liability to appear and answer the allegations of the Complaint, and to file their claims, with the Clerk of the Court, <u>on or before forty-five (45) days</u> from the electronic docketing of this order, or be deemed in contumacy and default.

**IT IS FURTHER ORDERED** that Plaintiff-in-Limitation must, pursuant to Supplemental Rule F(4) and Civil Local Rule 83.7, publish, or cause to be published, in the *San Diego Union Tribune*, a notice substantially in the form as the Notice of Complaint in Admiralty for Exoneration from, or Limitation of, Liability and including the date fixed above for the filing of claims and answers once in each week for four (4) successive weeks prior to said date.

**IT IS FURTHER ORDERED** that Plaintiff-in-Limitation must, pursuant to Rule F(4) of the Supplemental Rules and not later than the date of the second publication, mail the aforementioned notice to every individual and entity known to be asserting claims with respect to which the Complaint seeks exoneration from, or limitation of, liability.

///
///
///
///
///
///

1  **IT IS FURTHER ORDERED** that the publication and mailing of the notice as ordered herein shall constitute due notice to all individuals and entities asserting claims with respect to which the Complaint seeks exoneration from, or limitation of, liability.

**IT IS SO ORDERED.**

Dated: August 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge