UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Complaint of<br><br>PAUL HOGUE, as owner of a certain 1990 22' HBI motor vessel bearing Registration Number CF0432UE and Hull Identification Number FL5566JN, and her engines, tackle, appurtenances, etc.<br><br>　　　　　　　　Plaintiff-in-Limitation<br><br>For exoneration from, or limitation of, liability. | Case No.:  21-cv-1312-JLS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>**[Doc. No. 14]** |

On October 19, 2021, the Court scheduled an Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") in this matter for November 18, 2021 at 2:00 p.m. (the "ENE Order").  Doc. No. 11.  The parties now jointly move to continue the ENE and CMC, reporting that counsel for Plaintiff-in-Limitation and Third-Party Defendant is scheduled to be in trial from November 15-19, 2021.  Doc. No. 14 at 2.  Good cause appearing, the parties' Joint Motion [Doc. No. 14] is **GRANTED**.

///

///

///

The Court further **ORDERS** as follows:

1. The Early Neutral Evaluation and Case Management Conference are hereby continued to **December 6, 2021** at **2:00 p.m**.
2. No later than **November 29, 2021**, the parties must:
   a) submit the **participant information** as set forth in paragraph 4 of the ENE Order;
   b) lodge **confidential ENE statements** directly with chambers as set forth in paragraph 5 of the ENE Order;
   c) exchange **initial disclosures** as stated in paragraph 7(a) of the ENE Order; and
   d) file and lodge a **discovery plan** as stated in paragraph 7(c) of the ENE Order.
3. The parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) no later than **November 22, 2021**.  The previous date of December 30, 2021 was in error and is hereby vacated.

All instructions, deadlines and mandatory guidelines in the ENE Order not explicitly modified herein remain in effect.  Any questions regarding this Order, the ENE and CMC, or the procedures for participating in them, may be directed to the Court's staff at 619-446-3964.

**IT IS SO ORDERED.**

Dated:  October 19, 2021

Hon. Karen S. Crawford
United States Magistrate Judge